■ ANN KASNI, Respondent, v J. KRASNER et al., Defendants, and ARTHUR BIEZUNSKI et al., Appellants. — Order, Supreme Court, New York County (Gammerman, J.), entered on April 2, 1982, unanimously reversed, the motion granted and a hearing before the Medical Malpractice Panel directed, without costs and without disbursements. (See *Rosa v Kulkarni,* 89 AD2d 529.) No opinion. Concur — Murphy, P. J., Ross, Bloom, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALVERSE CANNON, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on September 10, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Ross, Bloom, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINICK APPICE, Appellant. — Judgment, Supreme Court, New York County (Preminger, J.), rendered on June 16, 1982, unanimously abated by reason of the death of appellant and the case remanded to the Supreme Court, New York County, for dismissal of the indictment. No opinion. Concur — Kupferman, J. P., Sandler, Carro, Asch and Markewich, JJ.

■ CHARLES ALFIERI et al., Respondents, v HARVEY RUSSO et al., Appellants. HARVEY RUSSO et al., Appellants, v CHARLES ALFIERI et al., Respondents. — Order, Supreme Court, New York County (Riccobono, J.), entered on July 20, 1981, and interlocutory judgment of said court (Ascione, J.), entered on February 3, 1982, unanimously affirmed. Respondents shall recover of appellants one bill of $75 costs and disbursements of these appeals. The appeal from the order of said court (Riccobono, J.), entered on November 4, 1981, is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.